| | |
|---|---|
| 1 | JACKSON LEWIS P.C. |
| | MICHAEL J. CHRISTIAN (SBN 173727) |
| 2 | BAILEY McCABE HASHIM (SBN 322098) |
| | 400 Capitol Mall, Suite 1600 |
| 3 | Sacramento, CA  95814 |
| | Telephone:  (916) 341-0404 |
| 4 | Facsimile:   (916) 341-0141 |
| | E-mail:  *michael.christian@jacksonlewis.com* |
| 5 | E-mail:  *bailey.mccabe@jacksonlewis.com* |

Attorneys for Defendant
CARDINAL HEALTH 414, LLC
(erroneously sued herein as Cardinal Health)

THE VELEZ LAW FIRM, P.C.
MARK P. VELEZ (SBN 163484)
NATALYA V. GRUNWALD (SBN 265084)
3010 Lava Ridge Court, Suite 180
Roseville, CA  95661
Telephone:  (916) 774-2720
Facsimile:   (916) 774-2730
E-mail:  *velezlaw@live.com*

Attorneys for Plaintiff
JEFFERY CAVANAUGH

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JEFFERY CAVANAUGH, | Case No. 2:21-CV-02050-WBS-JDP |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR DISMISSAL AND ORDER** |
| CARDINAL HEALTH, and DOES 1 through 50, INCLUSIVE | Complaint Filed: January 8, 2021 |
| Defendants. | Trial Date: October 31, 2023 |

### **REQUEST FOR DISMISSAL**

Having resolved this matter, the Parties hereby jointly request that the above-captioned Action be dismissed in its entirety, with prejudice, and with each side to bear its own costs and fees.

///

| | |
|---|---|
| Dated: June 14, 2023 | THE VELEZ LAW FIRM, P.C. |
| | By: */s/ Natalya V .Grunwald (Auth. 06/14/23)* <br> Mark P. Velez <br> Natalya V. Grunwald |
| | Attorneys for Plaintiff <br> JEFFERY CAVANAUGH |
| Dated: June 14, 2023 | JACKSON LEWIS P.C. |
| | By:  /s/ Michael J. Christin <br> Michael J. Christian <br> Bailey McCabe Hashim |
| | Attorneys for Defendant <br> CARDINAL HEALTH 414, LLC |

## ORDER

The Parties having jointly requested dismissal of this Action in its entirety, it is now ordered that the Action be dismissed with prejudice, and with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  June 16, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4865-2644-2602, v. 1